IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHAU PARTNERS, | No. C 10-0835 SI |
| Plaintiff, v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF JURISDICTION** |
| GRACE MILES, | |
| Defendant. / | |

On February 26, 2010, *pro se* defendant Grace Miles removed this unlawful detainer action from state court. From the face of the complaint, this Court lacks jurisdiction. There are no federal claims alleged in the lawsuit. Where there is no federal question jurisdiction, an action is not removable on the basis of diversity of citizenship if the defendant is a citizen of the state in which the action was brought. *See* 28 U.S.C. § 1441(a), (b). Here, Ms. Miles appears to be a citizen of California, and thus removal is improper.[1]

Accordingly, **defendant is ORDERED TO SHOW CAUSE in writing no later than 2:00 pm on March 5, 2010 why this case should not be remanded to the Superior Court for the County of San Mateo**. If Ms. Miles asserts that removal was proper and this Court has jurisdiction, she must specifically identify the basis for jurisdiction.

**IT IS SO ORDERED.**

Dated: March 4, 2010

SUSAN ILLSTON
United States District Judge

---

[1] Further, even if defendant is not a California citizen, which seems unlikely, there does not appear to be a basis for diversity jurisdiction because the complaint states that it seeks damages less than $10,000, far below the $75,000 amount in controversy necessary to invoke diversity jurisdiction.