IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHAU PARTNERS, | No. C 10-0835 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE REPLY** |
| v. | |
| GRACE MILES, | |
| Defendant. | |

Defendant's *ex parte* application for an extension of time to file a reply regarding the jurisdictional basis for defendant's removal is DENIED. Defendant's reply remains due no later than **March 22, 2010.**

**IT IS SO ORDERED.**

Dated: March 19, 2010

SUSAN ILLSTON
United States District Judge