IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TISHAU PARTNERS,

    Plaintiff,

v.

GRACE MILES,

    Defendant.

       No. C 10-0835 SI

**ORDER DENYING DEFENDANT'S "EMERGENCY REQUEST FOR STAY OF ORDER, OBJECTION, REQUEST FOR RECONSIDERATION"**

In an order filed March 24, 2010, the Court remanded this case to state court, holding that the removal was untimely and that there is no basis for jurisdiction over this unlawful detainer action. On March 25, 2010, defendant filed an "Emergency Request for Stay of Order, Objection, Request for Reconsideration." Defendant states that the removal was in fact timely because her bankruptcy filing somehow tolled the time to file a notice of removal. Defendant does not cite any authority for this proposition. However, regardless of whether the removal was timely, the fact remains that defendant has not demonstrated any basis for this Court's jurisdiction.

Accordingly, defendant's motion is DENIED. <u>Defendant is instructed not to file any further pleadings in this closed case.</u>

**IT IS SO ORDERED.**

Dated: March 25, 2010

SUSAN ILLSTON
United States District Judge